# U.S. District Court
## Northern District of Iowa (Cedar Rapids)
## CRIMINAL DOCKET FOR CASE #: 1:20−cr−00101−CJW−MAR All Defendants
### *Internal Use Only*

Case title: USA v. Nosley

Date Filed: 11/17/2020
Date Terminated: 01/19/2022

Assigned to: Judge CJ Williams
Referred to: Magistrate Judge Mark A Roberts

**Defendant (1)**

**Nathan Nosley**
Linn County Correctional Facility
PO Box 608
Cedar Rapids, IA 52406−0608
*TERMINATED: 01/19/2022*

represented by **Dan James Vondra**
Vondra Law Office Plc
745 Community Drive
Suite Unit C
North Liberty, IA 52317
319 438 2888
Email: dan@vondralawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

18:2251(a) and 2251(e) SEXUAL EXPLOITATION OF CHILDREN (1ss)

1,680 months imprisonment. This term of imprisonment consists of a 360−month term imposed on Count 1, a 240−month term imposed on Count 2, a 240−month term imposed on Count 3, a 240−month term imposed on Count 4, a 240−month term imposed on Count 5, a 120−month term imposed on Count 6, and a 240−month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised release consists of a 5−year term imposed on Count 1, a 5−year term imposed on Count 2, a 5−year term imposed on Count 3, a 5−year term imposed on Count 4, a 5−year term imposed on Count 5, a 5−year term imposed on Count 6, and a 5−year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution.

18:2252(a)(2) and 2252(b)(1)
ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO
(2ss)

1,680 months imprisonment. This term of imprisonment consists of a 360–month term imposed on Count 1, a 240–month term imposed on Count 2, a 240–month term imposed on Count 3, a 240–month term imposed on Count 4, a 240–month term imposed on Count 5, a 120–month term imposed on Count 6, and a 240–month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised release consists of a 5–year term imposed on Count 1, a 5–year term imposed on Count 2, a 5–year term imposed on Count 3, a 5–year term imposed on Count 4, a 5–year term imposed on Count 5, a 5–year term imposed on Count 6, and a 5–year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution.

18:2252(a)(2) and 2252(b)(1)
ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO
(3ss)

1,680 months imprisonment. This term of imprisonment consists of a 360–month term imposed on Count 1, a 240–month term imposed on Count 2, a 240–month term imposed on Count 3, a 240–month term imposed on Count 4, a 240–month term imposed on Count 5, a 120–month term imposed on Count 6, and a 240–month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised release consists of a 5–year term imposed on Count 1, a 5–year term imposed on Count 2, a 5–year term imposed on Count 3, a 5–year term imposed on Count 4, a 5–year term imposed on Count 5, a 5–year term imposed on Count 6, and a 5–year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution.

18:2252A(a)(5)(B) and 2252A(b)(2)
ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO
(4ss)

1,680 months imprisonment. This term of imprisonment consists of a 360–month term imposed on Count 1, a 240–month term imposed on Count 2, a 240–month term imposed on Count 3, a 240–month term imposed on Count 4, a 240–month term imposed on Count 5, a 120–month term imposed on Count 6, and a 240–month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised

release consists of a 5–year term imposed on Count 1, a 5–year term imposed on Count 2, a 5–year term imposed on Count 3, a 5–year term imposed on Count 4, a 5–year term imposed on Count 5, a 5–year term imposed on Count 6, and a 5–year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution.

18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (5ss)

1,680 months imprisonment. This term of imprisonment consists of a 360–month term imposed on Count 1, a 240–month term imposed on Count 2, a 240–month term imposed on Count 3, a 240–month term imposed on Count 4, a 240–month term imposed on Count 5, a 120–month term imposed on Count 6, and a 240–month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised release consists of a 5–year term imposed on Count 1, a 5–year term imposed on Count 2, a 5–year term imposed on Count 3, a 5–year term imposed on Count 4, a 5–year term imposed on Count 5, a 5–year term imposed on Count 6, and a 5–year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution.

18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (6ss)

1,680 months imprisonment. This term of imprisonment consists of a 360–month term imposed on Count 1, a 240–month term imposed on Count 2, a 240–month term imposed on Count 3, a 240–month term imposed on Count 4, a 240–month term imposed on Count 5, a 120–month term imposed on Count 6, and a 240–month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised release consists of a 5–year term imposed on Count 1, a 5–year term imposed on Count 2, a 5–year term imposed on Count 3, a 5–year term imposed on Count 4, a 5–year term imposed on Count 5, a 5–year term imposed on Count 6, and a 5–year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution.

18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL

1,680 months imprisonment. This term of imprisonment consists of a 360–month term

CONSTITUTING/CONTAINING
CHILD PORNO
(7ss)

imposed on Count 1, a 240–month term
imposed on Count 2, a 240–month term
imposed on Count 3, a 240–month term
imposed on Count 4, a 240–month term
imposed on Count 5, a 120–month term
imposed on Count 6, and a 240–month term
imposed on Count 7 of the Second Superseding
Indictment, to be served consecutively. 5 years
supervised release. This term of supervised
release consists of a 5–year term imposed on
Count 1, a 5–year term imposed on Count 2, a
5–year term imposed on Count 3, a 5–year
term imposed on Count 4, a 5–year term
imposed on Count 5, a 5–year term imposed on
Count 6, and a 5–year term imposed on Count
7 of the Second Superseding Indictment, to be
served concurrently. $700 total special
assessment. $12,000 restitution.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:2252(a)(2) and 2252(b)(1) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (1–2) | Dismissed |
| 18:2251(a) and 2251(e) SEXUAL EXPLOITATION OF CHILDREN (1s) | Dismissed |
| 18:2252(a)(2) and 2252(b)(1) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (2s–3s) | Dismissed |
| 18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (3–4) | Dismissed |
| 2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (4s–6s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                            **Disposition**

None

---

**Plaintiff**

**USA**                                        represented by   **Mark A Tremmel**
                                                               US Attorney's Office
                                                               111 7th Avenue SE
                                                               Box 1
                                                               Cedar Rapids, IA 52401
                                                               319 363 6333
                                                               Email: mark.tremmel@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/17/2020 | | | Judge update in case as to Nathan Nosley. Judge CJ Williams and Magistrate Judge Mark A Roberts added. (ksy) (Entered: 11/18/2020) |
| 11/17/2020 | 2 | | INDICTMENT as to Nathan Nosley (1) Counts 1–2, 3–4. (ksy) (eUSA, eUSM, eUSP) (Additional attachment(s) added on 11/18/2020: # 1 Unredacted Indictment) (ksy). Modified text on 11/20/2020 (pac). (Entered: 11/18/2020) |
| 11/17/2020 | 3 | | *SEALED* Arrest Warrant Issued in case as to Defendant Nathan Nosley. (ksy) (eUSA, eUSM, eUSP) (Entered: 11/18/2020) |
| 11/17/2020 | 4 | | ORDER to Seal Case as to Defendant Nathan Nosley until the arrest of the Defendant. Signed by Magistrate Judge Mark A Roberts on 11/17/2020. (ksy) (eUSA, eUSM, eUSP) (Entered: 11/18/2020) |
| 11/20/2020 | | | Indictment and Case unsealed as to Defendant Nathan Nosley. (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 5 | | ORDER SETTING HEARING as to Defendant Nathan Nosley. Initial Appearance and Arraignment set for 11/20/2020 03:00 PM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 11/20/2020. (jag) (Entered: 11/20/2020) |
| 11/20/2020 | | | Attorney update in case as to Defendant Nathan Nosley: Attorney Dan James Vondra for Nathan Nosley added pursuant to the CJA Panel Administrator under the direction of Magistrate Judge Mark A Roberts. (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 6 | | Arrest Warrant Returned Executed on 11/20/2020 in case as to Defendant Nathan Nosley (jag) (Entered: 11/20/2020) |
| 11/20/2020 | 7 | | NOTICE of Attorney Appearance: Dan James Vondra appearing for Defendant Nathan Nosley. (Vondra, Dan) (Entered: 11/20/2020) |

| | | | |
|---|---|---|---|
| 11/20/2020 | 8 | | ORDER Regarding Appointment of Counsel as to Defendant Nathan Nosley: Dan J Vondra appointed. Financial Affidavit due by 12/4/2020. Signed by Magistrate Judge Mark A Roberts on 11/20/2020. (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 9 | | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Initial Appearance and Arraignment as to Defendant Nathan Nosley (1) Count 1−2, 3−4 held on 11/20/2020. Attorney Dan J Vondra for defendant, and defendant pled not guilty to counts 1−4 of the indictment. Defendant detained. (Official Court Record: FTR Gold) (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 10 | | STIPULATED DISCOVERY ORDER as to Defendant Nathan Nosley. Signed by Magistrate Judge Mark A Roberts on 11/20/2020. (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 11 | | TRIAL MANAGEMENT ORDER as to Defendant Nathan Nosley: Jury Trial set for 1/19/2021 in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Pretrial Conference set for 1/19/2021 at 8:30 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Plea Notice/Status Report due by 12/29/2020. Motions due by 12/18/2020. Trial Related Motions due by 1/1/2021. Jury Instructions due by 1/7/2021. Signed by Magistrate Judge Mark A Roberts on 11/20/2020. (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 12 | | ORDER of Temporary Detention as to Defendant Nathan Nosley: Detention Hearing set for 11/25/2020 at 10:00 AM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 11/20/2020. (pac) (Entered: 11/20/2020) |
| 11/20/2020 | 13 | | ORAL MOTION to Detain by USA as to Nathan Nosley. (pac) (Entered: 11/20/2020) |
| 11/25/2020 | 14 | | SEALED Pretrial Services Report as to Defendant Nathan Nosley PLEASE NOTE: The Pretrial Services Report shall be used for the purposes of bail determination only and shall remain confidential as provided in Title 18 U.S.C. Section 3153(c)(1). The Pretrial Services Report is not public record and shall not be reproduced or disclosed to any other party (Moser, Amy) (Entered: 11/25/2020) |
| 11/25/2020 | 15 | | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Detention Hearing as to Defendant Nathan Nosley held on 11/25/2020. Dan Vondra for Defendant. Defendant detained. Government Exhibit 1 stored on Clerk's drive. Government Exhibits 2 and 3 due by 11/30/2020. (Official Court Record: FTR Gold) (jjh) (Entered: 11/25/2020) |
| 11/25/2020 | 16 | | ORDER of Detention as to Defendant Nathan Nosley. Signed by Magistrate Judge Mark A Roberts on 11/25/2020. (jjh) (Entered: 11/25/2020) |
| 11/30/2020 | 17 | | SEALED CJA 23 Financial Affidavit by Defendant Nathan Nosley (jjh) (Entered: 11/30/2020) |
| 11/30/2020 | 18 | | NOTICE of Filing of Sealed Exhibits from Hearing By Plaintiff as to Nathan Nosley re 15 Detention Hearing, *Government Exhibits 2 and 3* (Attachments: # 1 Exhibit 3) (Tremmel, Mark) Modified text on 12/1/2020 pac). (Entered: 11/30/2020) |
| 12/16/2020 | 20 | | SUPERSEDING Indictment as to Nathan Nosley (1) Counts 1s, 2s−3s, 4s−6s. (Attachments: # 1 Unredacted Indictment) (jjh) (Entered: 12/17/2020) |

| 12/16/2020 | 21 | | LOCAL Criminal Rule 7 Statement by USA as to Defendant Nathan Nosley (jjh) (Entered: 12/17/2020) |
|---|---|---|---|
| 12/17/2020 | 22 | | ORDER SETTING HEARING as to Defendant Nathan Nosley: Arraignment on Superseding Indictment set for 12/29/2020 at 03:00 PM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 12/17/2020. (Attachments: # 1 Waiver of Personal Appearance) (jjh) (Entered: 12/17/2020) |
| 12/18/2020 | 23 | | UNRESISTED Motion for extension of deadline for non–trial related motions as to Nathan Nosley. (Vondra, Dan) (Entered: 12/18/2020) |
| 12/21/2020 | 24 | | ORDER denying without prejudice to refiling 23 Motion to Extend Deadline as to Nathan Nosley. Signed by Magistrate Judge Mark A Roberts on 12/21/2020. (mmc) (Entered: 12/21/2020) |
| 12/21/2020 | 25 | | UNRESISTED Motion for Extension of pretrial deadline and to continue trial as to Nathan Nosley. (Vondra, Dan) (Entered: 12/21/2020) |
| 12/22/2020 | 26 | | ORDER to Continue – Ends of Justice granting 25 UNRESISTED Motion for Extension of pretrial deadline and to continue trial as to Defendant Nathan Nosley. Time excluded from 12/21/2020 until 3/22/2021. Jury Trial, currently scheduled for 1/19/2021, is reset for 3/22/2021 09:00 AM in Ctrm 4 (4th Floor) Cedar Rapids before Judge CJ Williams. Pretrial Conference reset to 3/22/2021 08:30 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Plea Notice/Status Report due by 3/1/2021. Motions due by 1/4/2021. Trial Related Motions due by 3/4/2021. Jury Instructions due by 3/10/2021. Signed by Magistrate Judge Mark A Roberts on 12/21/2020. (jag) (Entered: 12/22/2020) |
| 12/28/2020 | 27 | | (FILED IN ERROR) WAIVER *of personal appearance for arraignment on superseding indictment* 22 Order Setting/Resetting Hearings, as to Defendant Nathan Nosley (Vondra, Dan) Modified on 12/28/2020 to note attorney filed proposed order in error (des) (Entered: 12/28/2020) |
| 12/28/2020 | 28 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Defendant Nathan Nosley with Order cancelling the arraignment set for 12/29/2020 at 3:00 pm. Signed by Magistrate Judge Roberts (ksy) (Entered: 12/28/2020) |
| 01/04/2021 | 29 | | MOTION to Suppress as to Nathan Nosley. (Attachments: # 1 Brief in support of motion, # 2 Inventory) (Vondra, Dan) (Entered: 01/04/2021) |
| 01/05/2021 | 30 | | ORDER Setting Hearing on Motion as to Defendant Nathan Nosley re 29 MOTION to Suppress: Motion Hearing set for 1/15/2021 09:30 AM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Defendant is required to be present at this hearing. Signed by Magistrate Judge Mark A Roberts on 1/5/2021. (skm) (Entered: 01/05/2021) |
| 01/11/2021 | 31 | | RESISTANCE by USA as to Defendant Nathan Nosley re 29 MOTION to Suppress (Tremmel, Mark) (Entered: 01/11/2021) |
| 01/13/2021 | 32 | | UNRESISTED Motion for File Exhibits under seal as to Nathan Nosley. (Vondra, Dan) (Entered: 01/13/2021) |
| 01/13/2021 | 33 | | *TEXT ORDER ONLY* ORDER granting 32 Unresisted Motion To File Exhibits Under Seal as to Nathan Nosley (1). Signed by United States |

| | | | |
|---|---|---|---|
| | | | Magistrate Judge Mark A Roberts on 01/13/2021. (Steele, Amy) (Entered: 01/13/2021) |
| 01/13/2021 | 34 | | NOTICE of Filing of Sealed Exhibits for Suppression Hearing By Defendant as to Nathan Nosley (Attachments: # 1 Exhibit a, # 2 Exhibit b) (Vondra, Dan) Modified text on 1/15/2021 (pac). (Entered: 01/13/2021) |
| 01/15/2021 | 35 | | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Motion Hearing re 29 MOTION to Suppress filed by Nathan Nosley held on 1/15/2021. Motion taken under advisement. Order to follow. (Official Court Record: FTR Gold) (pac) (Entered: 01/15/2021) |
| 02/26/2021 | 37 | | UNRESISTED MOTION to Continue Trial as to Nathan Nosley. (Vondra, Dan) (Entered: 02/26/2021) |
| 03/02/2021 | 38 | | ORDER to Continue – Ends of Justice granting 37 UNRESISTED MOTION to Continue Trial as to Defendant Nathan Nosley. Time excluded from 2/26/2021 until 6/1/2021. Jury Trial, currently scheduled for 3/22/2021, is reset to 6/1/2021 09:00 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Pretrial Conference reset to 6/1/2021 08:30 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Plea Notice/Status Report due by 5/11/2021. Trial Related Motions due by 5/14/2021. Jury Instructions due by 5/20/2021. Signed by Magistrate Judge Mark A Roberts on 3/2/2021. (jag) (Entered: 03/02/2021) |
| 03/11/2021 | 39 | | ORDER Accepting 36 Report and Recommendation as to Defendant Nathan Nosley and denying 29 Motion to Suppress filed by Nathan Nosley. Signed by Judge CJ Williams on 3/11/2021. [see ORDER] (kms) (Entered: 03/11/2021) |
| 04/13/2021 | 41 | | SECOND SUPERSEDING Indictment as to Nathan Nosley (1) count(s) 1ss, 2ss–3ss, 4ss–7ss. (pac) (Additional attachment(s) added on 4/14/2021: # 1 Unredacted Second Superseding Indictment) (pac). (Entered: 04/13/2021) |
| 04/13/2021 | 42 | | LOCAL Criminal Rule 7 Statement by USA as to Defendant Nathan Nosley. (pac) (Entered: 04/13/2021) |
| 04/13/2021 | 43 | | ORDER SETTING HEARING as to Defendant Nathan Nosley: Arraignment set for 4/23/2021 at 3:00 PM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 4/13/2021. (Attachments: # 1 Waiver of Personal Appearance) (pac) (Entered: 04/13/2021) |
| 04/14/2021 | 44 | | PRO SE Correspondence by Defendant Nathan Nosley (ksy)(NEF to Def)(PSLC) Modified text on 4/15/2021 (jjh). (Entered: 04/14/2021) |
| 04/21/2021 | 45 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Defendant Nathan Nosley with Order cancelling the arraignment set for 4/23/2021 at 3:00 PM. Signed by Magistrate Judge Mark A Roberts on 4/21/2021. (mmc) (Entered: 04/21/2021) |
| 05/04/2021 | 46 | | NOTICE *Pursuant to Federal Rules of Evidence 414 and 404(b)* by USA as to Defendant Nathan Nosley (Tremmel, Mark) (Entered: 05/04/2021) |
| 05/11/2021 | 47 | | STATUS Report by Defendant Nathan Nosley (Vondra, Dan) (Entered: 05/11/2021) |

| 05/12/2021 | 48 | | STATUS Report by USA as to Defendant Nathan Nosley (Tremmel, Mark) (Entered: 05/12/2021) |
|---|---|---|---|
| 05/13/2021 | 49 | | TRIAL SCHEDULING ORDER as to Defendant Nathan Nosley. Final Pretrial Conference set for 6/14/2021 08:30 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Attorneys/Defendant Meeting set for 6/18/2021 08:30 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Jury Selection set for 6/18/2021 09:00 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Jury Trial set for 6/21/2021 09:00 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Signed by Judge CJ Williams on 5/13/2021. (jag) (Entered: 05/13/2021) |
| 05/18/2021 | 50 | | AMENDED TRIAL SCHEDULING ORDER as to Defendant Nathan Nosley. Final Pretrial Conference set for 6/1/2021 11:00 AM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Attorneys/Defendant Meeting set for 6/4/2021 08:30 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Jury Selection set for 6/4/2021 09:00 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Jury Trial set for 6/7/2021 09:00 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Judge CJ Williams. Signed by Judge CJ Williams on 5/18/2021. (jag) (Entered: 05/18/2021) |
| 05/20/2021 | 51 | | SEALED MOTION in Limine as to Nathan Nosley. (Attachments: # 1 Brief) (Tremmel, Mark) (Entered: 05/20/2021) |
| 05/26/2021 | 52 | | PROPOSED Jury Instructions by USA as to Defendant Nathan Nosley (Tremmel, Mark) (Entered: 05/26/2021) |
| 05/28/2021 | 54 | | UNRESISTED Motion for Leave to File Government's Trial Memorandum Under Seal as to Nathan Nosley. (Tremmel, Mark) (Entered: 05/28/2021) |
| 05/28/2021 | 55 | | UNRESISTED Motion for leave to file Trial Memo under seal as to Nathan Nosley. (Vondra, Dan) (Entered: 05/28/2021) |
| 05/28/2021 | 56 | | SEALED Notice of Documents for Voir Dire as to Nathan Nosley. (Attachments: # 1 Attorney Juror List, # 2 Initial Seating Chart, # 3 COVID Questionnaires, # 4 Questionnaires Volume 1, # 5 Questionnaires Volume 2) (jjh) (Entered: 05/28/2021) |
| 05/28/2021 | 57 | | Objection to Jury Instructions (Vondra, Dan) (Entered: 05/28/2021) |
| 05/29/2021 | 58 | | NOTICE *Pursuant to Federal Rule of Evidence 902(11)* by USA as to Defendant Nathan Nosley (Tremmel, Mark) (Entered: 05/29/2021) |
| 05/31/2021 | 59 | | TRIAL BRIEF/MEMORANDUM by Defendant Nathan Nosley (Vondra, Dan) (Entered: 05/31/2021) |
| 05/31/2021 | 60 | | TRIAL BRIEF/MEMORANDUM by USA as to Defendant Nathan Nosley (Attachments: # 1 Exhibit Rule 902(11) certifications (redacted)) (Tremmel, Mark) (Entered: 05/31/2021) |
| 06/01/2021 | 61 | | *TEXT ORDER* ORDER denying as moot 54 Unresisted Motion to File Trial Memorandum Under Seal as to Nathan Nosley (1); denying as moot 55 Unresisted Motion to File Trial Memorandum Under Seal as to Nathan Nosley (1). Parties filed trial memoranda at Docs. 59 & 60. Signed by Judge C.J. |

| | | | |
|---|---|---|---|
| | | | Williams on 6/1/2021. (skv) (Entered: 06/01/2021) |
| 06/01/2021 | 62 | | MINUTE Entry for proceedings held before Judge CJ Williams: Final Pretrial Conference as to Defendant Nathan Nosley held on 6/1/2021. Defendant detained. Official Court Record: Patrice Murray PAMurrayReporting@gmail.com (nmp) (Entered: 06/01/2021) |
| 06/01/2021 | 63 | | CONSENT to Jury Selection before a US Magistrate Judge by USA and Nathan Nosley as to Defendant Nathan Nosley and Approved by Judge CJ Williams (des) (Entered: 06/01/2021) |
| 06/01/2021 | 64 | | ORDER re Jury Instructions as to Defendant Nathan Nosley. Signed by Judge CJ Williams on 6/1/2021. (Attachments: # 1 Court's Proposed Jury Instructions) (nmp) (Entered: 06/01/2021) |
| 06/03/2021 | 65 | | SEALED ORDER granting 51 Sealed Motion in Limine as to Nathan Nosley. Signed by Judge CJ Williams on 6/3/2021. (skm) (Entered: 06/03/2021) |
| 06/03/2021 | 66 | | Objection to Jury Instructions (Attachments: # 1 Supplement Instr. re: Possession) (Vondra, Dan) (Entered: 06/03/2021) |
| 06/03/2021 | 67 | | Objection to Jury Instructions by USA (Tremmel, Mark) (Entered: 06/03/2021) |
| 06/04/2021 | 68 | | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Status Conference as to Defendant Nathan Nosley held on 6/4/2021. Official Court Record: Patrice Murray, Email Address: PAMurrayReporting@gmail.com. (pac) (Entered: 06/04/2021) |
| 06/04/2021 | 69 | | SECOND AMENDED TRIAL SCHEDULING ORDER as to Defendant Nathan Nosley. Attorneys/Defendant Meeting set for 6/7/2021 08:30 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Jury Selection set for 6/7/2021 09:00 AM in Ctrm 1 (2nd Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Jury Trial set for 6/7/2021 01:00 PM in Ctrm 1 (2nd Floor) Cedar Rapids before Judge CJ Williams. See Order for additional trial days schedule. Signed by Judge CJ Williams on 6/4/2021. (jag) (Entered: 06/04/2021) |
| 06/04/2021 | 70 | | ORDER PUBLISHING FINAL Jury Instructions as to Defendant Nathan Nosley signed by Judge CJ Williams on 6/4/2021. (Attachments: # 1 Jury Instructions) (jag) (Entered: 06/04/2021) |
| 06/04/2021 | 71 | | SEALED SUPPLEMENTAL Notice of Documents for Voir Dire as to Nathan Nosley (Attachments: # 1 Initial Seating Chart, # 2 Supplemental Juror Questionnaires) (jjh) (Entered: 06/04/2021) |
| 06/07/2021 | 72 | | NOTICE *of stip. to certain evidentiary issues* by Defendant Nathan Nosley (Vondra, Dan) (Entered: 06/07/2021) |
| 06/07/2021 | 73 | | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Attorneys/Defendant Meeting and Jury Selection as to Defendant Nathan Nosley held on 6/7/2021. Official Court Record: Patrice Murray, Email Address: PAMurrayReporting@gmail.com. (pac) (Entered: 06/07/2021) |
| 06/07/2021 | 74 | | Peremptory Challenges as to Defendant Nathan Nosley. (pac) (Entered: 06/08/2021) |
| 06/09/2021 | 75 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE Entry for proceedings held before Judge CJ Williams: Jury Trial as to Defendant Nathan Nosley held on 6/7/2021 Official Court Record: Patrice Murray PAMurrayReporting@gmail.com (nmp) (Entered: 06/09/2021) |
| 06/09/2021 | <u>76</u> | | MINUTE Entry for proceedings held before Judge CJ Williams: Jury Trial as to Defendant Nathan Nosley held on 6/8/2021. Official Court Record: Patrice Murray PAMurrayReporting@gmail.com (nmp) (Entered: 06/09/2021) |
| 06/09/2021 | <u>78</u> | | MINUTE Entry for proceedings held before Judge CJ Williams: Jury Trial as to Defendant Nathan Nosley held on 6/9/2021 Official Court Record: Patrice Murray PAMurrayReporting@gmail.com (nmp) (Additional attachment(s) added on 6/10/2021: # <u>1</u> Witness and Exhibit List) (jjh). (Entered: 06/09/2021) |
| 06/10/2021 | | | *SEALED* Terminate Jury Trial Hearings pursuant to Minutes as to Defendant Nathan Nosley. (jjh) (Entered: 06/10/2021) |
| 06/10/2021 | <u>79</u> | | JURY Instructions as to Defendant Nathan Nosley. Signed by Judge CJ Williams on 6/7/2021. (jjh) (Entered: 06/10/2021) |
| 06/10/2021 | <u>80</u> | | FINAL Jury Instructions as to Defendant Nathan Nosley. Signed by Judge CJ Williams on 6/9/2021. (jjh) (Entered: 06/10/2021) |
| 06/10/2021 | <u>81</u> | | Jury Question with Answer of the Court as to Defendant Nathan Nosley. Signed by Judge CJ Williams. (Attachments: # <u>1</u> Unredacted Question) (jjh) (Entered: 06/10/2021) |
| 06/10/2021 | <u>82</u> | | JURY VERDICT as to Defendant Nathan Nosley (1) Guilty on Counts 1ss, 2ss−3ss, 4ss−7ss. (Attachments: # <u>1</u> Unredacted Verdict) (jjh) (Entered: 06/10/2021) |
| 06/10/2021 | <u>83</u> | | JERS EXHIBIT LIST as to Defendant Nathan Nosley. (jjh) (Entered: 06/10/2021) |
| 06/10/2021 | <u>84</u> | | NOTICE of Receipt for Trial Exhibits as to Defendant Nathan Nosley: Government Trial Exhibits released to USA. Exhibits must be kept in their original form until termination of any appeal in this matter as stated in LR 57B(c), (d), and (e). (jjh) (Entered: 06/10/2021) |
| 06/23/2021 | <u>85</u> | | SEALED Offense Conduct Statement as to Defendant Nathan Nosley (Tremmel, Mark) (Entered: 06/23/2021) |
| 08/18/2021 | <u>87</u> | | SEALED **Draft** Presentence Investigation Report as to Defendant Nathan Nosley. (Attachments: # <u>1</u> Appendix 1, # <u>2</u> Appendix 2, # <u>3</u> Appendix 3, # <u>4</u> Appendix 4, # <u>5</u> Instructions for Objecting) (Cannon, Mary) (Entered: 08/18/2021) |
| 08/31/2021 | <u>88</u> | | SEALED Objection to Presentence Investigation Report By Defendant as to Nathan Nosley <u>87</u> (Vondra, Dan) (Entered: 08/31/2021) |
| 09/01/2021 | <u>89</u> | | SEALED NOTICE of No Objection to Presentence Investigation Report By Plaintiff as to Nathan Nosley <u>87</u> (Tremmel, Mark) (Entered: 09/01/2021) |
| 09/27/2021 | <u>90</u> | | SEALED Presentence Investigation Report *Final* as to Defendant Nathan Nosley. (Attachments: # <u>1</u> Sentencing Worksheet, # <u>2</u> Appendix 1, # <u>3</u> Appendix 2, # <u>4</u> Appendix 3, # <u>5</u> Appendix 4) (Cannon, Mary) (Entered: 09/27/2021) |

| 10/05/2021 | 91 | | ORDER Setting Sentencing Hearing and Establishing Deadlines as to Defendant Nathan Nosley. Sentencing set for 1/18/2022 03:00 PM in Ctrm 3 (4th Floor) Cedar Rapids before Judge CJ Williams. Signed by Judge CJ Williams on 10/5/2021. (jag) (Entered: 10/05/2021) |
|---|---|---|---|
| 01/11/2022 | 92 | | UNRESISTED Motion for Leave of Court to File Sentencing Memorandum and Exhibits Under Seal as to Nathan Nosley. (Tremmel, Mark) (Entered: 01/11/2022) |
| 01/11/2022 | 93 | | *TEXT ORDER* ORDER granting 92 government's Unresisted Motion for Leave of Court to File Sentencing Memorandum and Exhibits Under Seal as to Nathan Nosley (1). Signed by Judge C.J. Williams on 1/11/2022. (skv) (Entered: 01/11/2022) |
| 01/11/2022 | 94 | | MOTION for Variance–– *downward* as to Nathan Nosley. (Attachments: # 1 Brief in support of motion, # 2 Exhibit a) (Vondra, Dan) (Entered: 01/11/2022) |
| 01/12/2022 | | | DOCKET Annotation re 95 Sealed Sentencing Memorandum as to Defendant Nathan Nosley: Sealed Government Exhibits 1 and 2 received and placed on Clerk's Storage Drive. (pac) (Entered: 01/12/2022) |
| 01/14/2022 | 96 | | RESISTANCE by USA as to Defendant Nathan Nosley re 94 MOTION for Variance–– *downward* (Tremmel, Mark) (Entered: 01/14/2022) |
| 01/18/2022 | 97 | | *TEXT ORDER* ORDER RESETTING HEARING (TIME ONLY) as to Defendant Nathan Nosley. The Sentencing Hearing is reset for 1/18/2022 at 03:30 PM in Ctrm 3 (4th Floor) Cedar Rapids before Judge C.J. Williams. Signed by Judge C.J. Williams on 1/18/2022. (skv) (Entered: 01/18/2022) |
| 01/18/2022 | 98 | | MINUTE Entry for proceedings held before Judge CJ Williams: Sentencing held on 1/18/2022 as to defendant Nathan Nosley. Defendant detained. Government exhibits filed at 95 . Official Court Record: Patrice Murray PAMurrayReporting@gmail.com (Keogh, Brian) (Entered: 01/18/2022) |
| 01/19/2022 | 99 | | JUDGMENT as to Defendant Nathan Nosley: Count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss: 1,680 months imprisonment. This term of imprisonment consists of a 360–month term imposed on Count 1, a 240–month term imposed on Count 2, a 240–month term imposed on Count 3, a 240–month term imposed on Count 4, a 240–month term imposed on Count 5, a 120–month term imposed on Count 6, and a 240–month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. 5 years supervised release. This term of supervised release consists of a 5–year term imposed on Count 1, a 5–year term imposed on Count 2, a 5–year term imposed on Count 3, a 5–year term imposed on Count 4, a 5–year term imposed on Count 5, a 5–year term imposed on Count 6, and a 5–year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently. $700 total special assessment. $12,000 restitution. Count(s) 1–4, 1s–6s, Dismissed. Signed by Judge CJ Williams on 1/19/2022. (mmc) (Entered: 01/19/2022) |
| 01/19/2022 | 100 | | SEALED Statement of Reasons as to Defendant Nathan Nosley. (mmc) (Entered: 01/19/2022) |
| 01/19/2022 | 101 | | SEALED Appendix as to Nathan Nosley re 99 Judgment. (mmc) (Entered: 01/19/2022) |
| 01/22/2022 | 102 | | |

| | | | NOTICE of Appeal by Defendant Nathan Nosley re 99 Judgment,,,, (Vondra, Dan) (Entered: 01/22/2022) |
|---|---|---|---|
| 01/24/2022 | 103 | | NOA Supplement and Transmission of Notice of Appeal as to Defendant Nathan Nosley to US Court of Appeals re 102 Notice of Appeal – Final Judgment. Case Number due by 1/27/2022. (jjh) (Entered: 01/24/2022) |

# UNITED STATES DISTRICT COURT

### Northern District of Iowa

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | |
| **v.** | ) | Case Number: **0862 1:20CR00101-001** |
| | ) | |
| **NATHAN NOSLEY** | ) | USM Number: **18494-509** |
| | ) | |

� **ORIGINAL JUDGMENT**

☐ **AMENDED JUDGMENT**

Date of Most Recent Judgment:

**Dan James Vondra**
_____
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____

which was accepted by the court.

☒ was found guilty on count(s)  **1, 2, 3, 4, 5, 6, and 7 of the Second Superseding Indictment filed on April 13, 2021**
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. §§ 2251(a) and 2251(e)** | **Sexual Exploitation of Children** | **March 2020** | **1** |
| **18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)** | **Distribution of Child Pornography** | **March 2018** | **2** |
| **18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)** | **Receipt of Child Pornography** | **March 2020** | **3** |
| **18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)** | **Possession of Child Pornography, Including a Depiction Involving a Prepubescent Minor or a Minor Who Had Not Attained 12 Years of Age** | **March 2020** | **4** |
| **18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)** | **Accessing Child Pornography, Including a Depiction Involving a Prepubescent Minor or a Minor Who Had Not Attained 12 Years of Age** | **Feb. 2020** | **5** |

The defendant is sentenced as provided in pages 2 through ____9____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**C.J. Williams**
_____
**United States District Court Judge**
Name and Title of Judge

**January 18, 2022**
_____
Date of Imposition of Judgment

_____
Signature of Judge

January 19, 2022
_____
Date

| | | Judgment—Page | 2 | of | 9 |

DEFENDANT: **NATHAN NOSLEY**
CASE NUMBER: **0862 1:20CR00101-001**

## ADDITIONAL COUNTS OF CONVICTION

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| **18 U.S.C.<br>§§ 2252A(a)(5)(B)<br>and 2252A(b)(2)** | **Possession of Child Pornography** | **March 2020** | **6** |
| **18 U.S.C.<br>§§ 2252A(a)(5)(B)<br>and 2252A(b)(2)** | **Possession of Child Pornography, Including a Depiction<br>Involving a Prepubescent Minor or a Minor Who Had<br>Not Attained 12 Years of Age** | **October 2019** | **7** |

(NOTE: For Amended Judgment, Identify Changes with Asterisks (*))

DEFENDANT: **NATHAN NOSLEY**
CASE NUMBER: **0862 1:20CR00101-001**

Judgment — Page ___3___ of ___9___

# PROBATION

☐ The defendant is hereby sentenced to probation for a term of:

# IMPRISONMENT

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**1,680 months.This term of imprisonment consists of a 360-month term imposed on Count 1, a 240-month term imposed on Count 2, a 240-month term imposed on Count 3, a 240-month term imposed on Count 4, a 240-month term imposed on Count 5, a 120-month term imposed on Count 6, and a 240-month term imposed on Count 7 of the Second Superseding Indictment, to be served consecutively. It is ordered that the term of imprisonment for the instant offense be served consecutively to any term of imprisonment that may be imposed for the case set forth in paragraph 63 of the presentence report (United States District Court for the Southern District of Iowa, Case No. CR 21-46-1-RP), pursuant to 18 U.S.C. § 3584.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:

**It is recommended that the defendant be designated to a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.**

**It is recommended that the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program.**

**It is recommended that the defendant participate in the Bureau of Prisons' Sex Offender Management Program.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the United States Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

(NOTE: For Amended Judgment, Identify Changes with Asterisks (*))

DEFENDANT:     **NATHAN NOSLEY**
CASE NUMBER:     **0862 1:20CR00101-001**

# SUPERVISED RELEASE

■   Upon release from imprisonment, the defendant will be on supervised release for a term of:

**5 years.This term of supervised release consists of a 5-year term imposed on Count 1, a 5-year term imposed on Count 2, a 5-year term imposed on Count 3, a 5-year term imposed on Count 4, a 5-year term imposed on Count 5, a 5-year term imposed on Count 6, and a 5-year term imposed on Count 7 of the Second Superseding Indictment, to be served concurrently.**

# MANDATORY CONDITIONS OF SUPERVISION

1)     The defendant must not commit another federal, state, or local crime.

2)     The defendant must not unlawfully possess a controlled substance.

3)     The defendant must refrain from any unlawful use of a controlled substance.
The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        ☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future controlled substance abuse. *(Check, if applicable.)*

4)   ■   The defendant must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

5)   ■   The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, and/or is a student, and/or was convicted of a qualifying offense. *(Check, if applicable.)*

6)   ☐   The defendant must participate in an approved program for domestic violence. *(Check, if applicable.)*

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Case 1:20-cr-00101-CJW-MAR   Document 99   Filed 01/19/22   Page 4 of 9
Appellate Case: 22-1182   Page: 17   Date Filed: 01/24/2022 Entry ID: 5123934
January 24 2022 p17

DEFENDANT:          **NATHAN NOSLEY**
CASE NUMBER:        **0862 1:20CR00101-001**

# STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervision, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1) The defendant must report to the probation office in the federal judicial district where the defendant is authorized to reside within 72 hours of the time the defendant was sentenced and/or released from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed. The defendant must also appear in court as required.

3) The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

4) The defendant must answer truthfully the questions asked by the defendant's probation officer.

5) The defendant must live at a place approved by the probation officer. If the defendant plans to change where the defendant lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) The defendant must allow the probation officer to visit the defendant at any time at the defendant's home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that he or she observes in plain view.

7) The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about the defendant's work (such as the defendant's position or the defendant's job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) The defendant must not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9) If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

10) The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) As directed by the probation officer, the defendant must notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and must permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13) The defendant must follow the instructions of the probation officer related to the conditions of supervision.

DEFENDANT:     **NATHAN NOSLEY**
CASE NUMBER:    **0862 1:20CR00101-001**

# SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the United States Probation Office:*

1. **The defendant must not knowingly have contact with children under the age of 18 (including through letters, communication devices, audio or visual devices, visits, electronic mail, the Internet, or any contact through a third party) without the prior written consent of the United States Probation Office. The United States Probation Office may work with the defendant and the defendant's family to set up supervised communications and visits with the defendant's biological and legally adopted children.**

2. **The defendant must not knowingly be present at places where minor children under the age of 18 are congregated, such as residences, parks, beaches, pools, daycare centers, playgrounds, and schools without the prior consent of the United States Probation Office.**

3. **The defendant must not knowingly view, possess, produce, or use any materials that depict sexually explicit conduct as defined in 18 U.S.C. § 2256, or any form of sexually stimulating, sexually oriented, or pornographic materials.**

4. **The defendant must not have contact during the defendant's term of supervision with the individuals set forth in paragraph 109 of the presentence report, in person or by a third party. This includes no direct or indirect contact by telephone, mail, email, or by any other means. The United States Probation Office may contact the aforementioned individual(s) to ensure the defendant's compliance with this condition.**

5. **The defendant must allow the United States Probation Office to install computer monitoring software on any computer [as defined in 18 U.S.C. § 1030(e)(1)] that is used by the defendant. To ensure compliance with the computer monitoring condition, the defendant must allow the United States Probation Office to conduct initial and periodic monitoring and inspections of any computers [as defined in 18 U.S.C. § 1030(e)(1)] subject to computer monitoring. This monitoring and said inspections will be conducted to determine whether the computer contains any prohibited data prior to the installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. The defendant must warn any other people who use these computers that the computers may be subject to monitoring and inspections pursuant to this condition.**

6. **If not employed at a lawful type of employment as deemed appropriate by the United States Probation Office, the defendant must participate in employment workshops and report, as directed, to the United States Probation Office to provide verification of daily job search results or other employment related activities. In the event the defendant fails to secure employment, participate in the employment workshops, or provide verification of daily job search results, the defendant may be required to perform up to 20 hours of community service per week until employed.**

7. **The defendant must pay any fine, restitution, costs, and/or assessment imposed by this judgment.**

8. **For as long as the defendant owes any fine, restitution, costs, and/or assessment imposed by this judgment, the defendant must provide the United States Probation Office with access to any requested financial information.**

9. **For as long as the defendant owes any fine, restitution, costs, and/or assessment imposed by this judgment, the defendant must not incur new credit charges or open additional lines of credit without the approval of the United States Probation Office unless the defendant is in compliance with the installment payment schedule.**

*Continued on following page.*

DEFENDANT:      **NATHAN NOSLEY**
CASE NUMBER:    **0862 1:20CR00101-001**

# SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the United States Probation Office:*

10.    **The defendant must submit the defendant's person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. The United States Probation Office may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

11.    **The defendant must participate in a mental health evaluation, which may include an evaluation for sex offender treatment. The defendant must complete any recommended treatment program, and follow the rules and regulations of the treatment program. The defendant will be required to submit to periodic polygraph testing at the discretion of the United States Probation Office as a means to ensure that the defendant is in compliance with the requirements of the defendant's supervision or treatment program. The defendant must take all medications prescribed to the defendant by a licensed medical provider.**

12.    **The defendant must participate in an evaluation for anger management and/or domestic violence. The defendant must complete any recommended treatment program, and follow the rules and regulations of the treatment program.**

13.    **The defendant must participate in a substance abuse evaluation. The defendant must complete any recommended treatment program, which may include a cognitive behavioral group, and follow the rules and regulations of the treatment program. The defendant must participate in a program of testing for substance abuse. The defendant must not attempt to obstruct or tamper with the testing methods.**

14.    **The defendant must not use or possess alcohol. The defendant is prohibited from entering any establishment that holds itself out to the public to be a bar or tavern without the prior permission of the United States Probation Office.**

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them. Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition of supervision.

_____      _____
Defendant      Date

_____      _____
United States Probation Officer/Designated Witness      Date

| | Judgment | 8 | of | 9 |
|---|---|---|---|---|

DEFENDANT: **NATHAN NOSLEY**
CASE NUMBER: **0862 1:20CR00101-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | AVAA Assessment[1] | JVTA Assessment[2] | Fine | Restitution |
|---|---|---|---|---|---|
| **TOTALS** | **$ 700** | **$ 0** | **$ 0** | **$ 0** | **$ 12,000** |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

■ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[3] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Victim(s), the amount(s) of restitution, and the priority or percentage are listed in an Appendix to this Judgment that has been filed under seal** | | | |

**TOTALS**  $ _____  $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ■ the interest requirement is waived for the  ☐ fine  ■ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

[1]Amy, Vicky, and Any Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2]Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.
[3]Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:        **NATHAN NOSLEY**
CASE NUMBER:    **0862 1:20CR00101-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■   $ __12,700__ due immediately;

    ☐  not later than _____ , or

    ■  in accordance with   ☐   C,   ☐   D,   ☐   E, or   ■   F below; or

B  ☐   Payment to begin immediately (may be combined with   ☐   C,   ☐   D, or   ☐   F below); or

C  ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ■   Special instructions regarding the payment of criminal monetary penalties:

**It is ordered that $3,000 of the defendant's restitution obligation is payable immediately and the balance is due immediately in accordance with the following payment plan. If any of the defendant's court ordered financial obligations are still owed while the defendant is incarcerated, the defendant must make monthly payments in accordance with the Bureau of Prisons Financial Responsibility Program. The amount of the monthly payments will not exceed 50% of the funds available to the defendant through institution or non-institution (community) resources and will be at least $25 per quarter. If the defendant still owes any portion of the financial obligation(s) at the time of release from imprisonment, the defendant must pay it as a condition of supervision and the United States Probation Office will pursue collection of the amount due pursuant to a payment schedule approved by the Court. The defendant must notify the United States Attorney for the Northern District of Iowa within 30 days of any change of the defendant's mailing or residence address that occurs while any portion of the financial obligation(s) remains unpaid.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant must pay the cost of prosecution.

☐  The defendant must pay the following court cost(s):

☐  The defendant must forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT

USCA8, No. _____

## for the Northern District of Iowa

### NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America | ) | 20-CR-00101 |
| | ) | _____ |
| Plaintiff | ) | District Court Docket Number |
| | ) | |
| vs. | ) | C.J. Williams |
| NATHAN NOSLEY | ) | _____ |
| _____ | ) | District Court Judge |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that ___Nathan Nosley_____ appeals to the Eighth

Circuit from the:   ☑ Judgment & Commitment   ☐ Order _____ entered in this action on

01/19/2022

_____ .

**Signature of Defendant's Counsel**

745 Community Dr.                    Unit C
_____

Street Address                    Room Number

North Liberty   IA                    52317
_____

City          State          Zip

Dan Vondra
_____

**Typed Name of Defendant's Counsel**

(319 )438-2888
_____

**Telephone Number**

1 — 22 — 2022
_____

**Date**

---

## TRANSCRIPT ORDER FORM
#### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

| ☑ Please prepare a transcript of: | ☐ I am not ordering a transcript because: |
|---|---|
| ☑ Pre-trial proceedings | ☐ Previously Filed |
| ☑ Testimony <u>or</u> | ☐ Other (Specify) _____ |
| ☐ Portions thereof | |
| ☑ Sentencing | |
| ☐ Post Trial Proceedings | |
| ☐ Other (Specify) | |

---

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☑ CJA Form 24 completed and sent to court reporter.

1/22/2022

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:  Linn County Jail, 53 3rd Ave. Bridge, Cedar Rapids, IA 52401

2. Date of Verdict: 06/09/2021      ☑ Jury ☐ Non-Jury

         Offenses:     18 USC 2251(a) and 2251(e) (Count I); 18 USC 2252(a)(2) and 2252(b)(1)
                        (Counts II and III); 18 USC 2252A(a)(5)(B) and 2252A(b)(2) (Count IV-VII);

     Trial Testimony - Number of Days 3       Bail Status Detained
3. Sentence and Date Imposed:  1680 months, 01/19/2022

4. Appealing:    Sentence ☐    Conviction ☐    Both ☑

     Challenging:         ☐ Application of Sentencing Guidelines
                        ☐ Constitutionality of Guidelines
                        ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 1/22/2022

     Stenographer in Charge:      Patrice Murray

     (Name, Address, Phone)     111 7th Ave SE, Cedar Rapids, IA 52401

6. Trial Counsel was:    ☑ Appointed   ☐ Retained

     Does Defendant's financial status warrant appointment of counsel
     on appeal?      ☑ Yes         ☐ No

     Affidavit of Financial Status filed: 11/30/2020

     Is there any reason why trial counsel should not be appointed as
     counsel on appeal?     ☐ Yes ☑ No

7. Assistant U.S. Attorney Name & Phone Number: Mark Tremmel, 319 363 6333

# COURT REPORTER ACKNOWLEDGMENT

_____         _____         _____
Date Order Received                  Estimated Completion Date              Est Number of Pages

_____         _____
Court Reporter's Signature             Date

# U.S. DISTRICT COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT
# NORTHERN DISTRICT OF IOWA - CEDAR RAPIDS IA

**CAPTION:**

USA v. Nathan Nosley

**CASE NUMBER:**

20-CR-101-CJW

**APPELLANT:**

Leon Sheley

**APPELLANT OR ATTORNEY ADDRESS**:

Dan James Vondra
Vondra Law Office Plc
745 Community Drive, Suite Unit C
North Liberty, IA 52317
319 438 2888

**APPELLEE:**

USA

**APPELLEE ATTORNEY ADDRESS:**

Mark Tremmel
US Attorney's Office
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
319 363 6333

**COURT REPORTERS:**

Patrice Murray

Patrice Murray

**PROCEEDINGS:**

Jury Trial  6/7/2020

Sentencing 1/18/2022

**LENGTH OF TRIAL:**  N/A          **FEE PAID?**  N          **IFP: FILED**          **PENDING**

**CRIMINAL ATTORNEY:** Dan Vondra                    PENDING MOTIONS:    N

**LOCAL INTEREST?:** N          **SIMULTANEOUS RELEASE?:** N

**DEFENDANT'S LOCATION:**

In custody

**OTHER DEFENDANTS IN CASE, IF MULTIPLE DEFENDANTS:**

**Please return files and documents to:**
Clerk, US District Court
Northern District of Iowa

111 7th Avenue SE, Cedar Rapids, IA 52401

**Contact Person/Phone Number:**

Jill Hawkins

319-286-2318